BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *IN RE CROP INPUTS ANTITRUST LITIGATION* | MDL Docket No. 2993 |

SCHEDULE A
SCHEDULE OF ACTIONS

| Short Case Caption | District | Civil Action No. |
|---|---|---|
| *Piper v. Bayer CropScience LP* | S.D. Ill. | 3:21-cv-00021 |
| *Swanson v. Bayer CropScience LP* | S.D. Ill. | 3:21-cv-00046 |
| *Lex v. Bayer CropScience LP* | S.D. Ill. | 3:21-cv-00122 |
| *Handwerk v. Bayer CropScience LP* | D. Minn. | 0:21-cv-00351 |
| *Duncan v. Bayer CropScience LP* | S.D. Ill. | 3:21-cv-00158 |
| *Flaten v. Bayer CropScience LP* | D. Minn. | 0:21-cv-00404 |
| *Jones Planting Co. III v. Bayer CropScience LP* | S.D. Ill. | 3:21-cv-00173 |
| *Canjar v. Bayer CropScience LP* | S.D. Ill. | 3:21-cv-00181 |
| *Ryan Bros., Inc. v. Bayer CropScience LP* | D. Minn. | 0:21-cv-00433 |
| *Pfaff v. Bayer CropScience LP* | D. Minn. | 0:21-cv-00462 |
| *Budde v. Syngenta Corp.* | D. Kan. | 2:21-cv-02095 |
| *Vienna Eqho Farms v. Bayer CropScience LP* | S.D. Ill. | 3:21-cv-00204 |
| *Carlson v. Bayer CropScience LP* | D. Minn. | 0:21-cv-00475 |
| *Eagle Lake Farms P'ship v. Bayer CropScience LP* | D. Minn. | 0:21-cv-00543 |
| *Tom Burke Farms v. Bayer CropScience LP* | E.D. Pa. | 2:21-cv-01049 |

| *DeKrey v. Bayer CropScience LP* | D. Minn. | 0:21-cv-00639 |
| *Schultz v. Bayer CropScience LP* | D. Minn. | 0:21-cv-00681 |
| *Hapka Farms, Inc. v. Bayer CropScience LP* | D. Minn. | 0:21-cv-00685 |